UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHAWN A. BELL,                  )
    Plaintiff                  )
                                )
                  v.          )   C.A. NO. 14-cv-30131-MAP
                                )
HAMPDEN COUNTY PROBATION        )
OFFICE AND PROBATION            )
OFFICER BRIDGET,                )
    Defendants                 )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING
PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS
(Dkt. Nos. 2 & 10)

September 8, 2014

PONSOR, U.S. D.J.

    Magistrate Judge Kenneth P. Neiman has recommended that Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. No. 2) be allowed but, pursuant to 28 U.S.C. § 1915(e)(2), that the complaint be dismissed. The Recommendation is clearly well supported based upon the inadequacy of the complaint's allegations. The Recommendation notified Plaintiff that, if he had an objection, it would have to be filed within fourteen days. No objection has been filed.

    Based upon the obvious merits of the Recommendation, and noting that there is no objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 10). Based upon this, the complaint is hereby

ordered DISMISSED and this case may now be closed.

It is So Ordered.

                                              <u>/s/ Michael A. Ponsor</u>
                                              MICHAEL A. PONSOR
                                              U. S. District Judge